UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| KEITH D. DYKE and<br>BLACK FUEL ENERGY, LLC,<br><br>   Plaintiffs,<br><br>vs.<br><br>QUINWOOD COAL PARTNERS LP and<br>QUINWOOD COAL COMPANY, LLC,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.<br><br>Complaint filed: September 14, 2023<br><br>(Complaint filed in Blount County<br>Circuit Court, Case No.<br>L-21321) |

## NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1332(a) AND 1446

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE:

Pursuant to 28 U.S.C. § 1332(a) and 1446, PLEASE TAKE NOTICE that defendants QUINWOOD COAL PARTNERS LP and QUINWOOD COAL COMPANY, LLC hereby remove Docket L-21321 filed in the Circuit Court for Blount County, Tennessee, to the United States District Court for the Eastern District of Tennessee. As grounds for removal, Defendants state as follows:

### PLEADINGS, PROCESS AND ORDERS

1. On September 14, 2023 Plaintiffs Keith D. Dyke and Black Fuel Energy, LLC, filed the action entitled *Keith D. Dyke and Black Fuel Energy, LLC v. Quinwood Coal Partners LP and Quinwood Coal Company, LLC*, Case No. L-21321 ("Complaint" or "State Court Action") in the Circuit Court for Blount County, Tennessee.

2. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process and pleadings served upon Defendants in the State Court Action are attached to this notice collectively as Exhibit

1

A.

3. Plaintiff Dyke alleges he is "a resident of Blount County, Tennessee." Compl. ¶ 1, Ex. A.

4. Plaintiff Black Fuel alleges it "is a Tennessee limited liability company with principal place of business in Blount County, Tennessee." Compl. ¶ 2, Ex. A.

5. On September 19, 2021, Plaintiffs served Defendants with a copy of the Summons and Complaint.

6. A notice of removal must generally be filed with the Federal Court within thirty days after receipt by the defendant of a copy of the initial pleading. See 28 U.S.C. § 1446(b); *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354 (1999). Defendant filed this notice within thirty days after Plaintiffs' Complaint was served. This notice is therefore timely.

7. Defendants may remove to the appropriate district court "any civil action brought in a State court of which the district courts of the United States have original jurisdiction." 28 U.S.C. § 1441(a). The Circuit Court of Blount County, Tennessee, is located within the Eastern District of Tennessee. 28 U.S.C. § 123. This Notice of Removal is therefore properly filed in this Court pursuant to 28 U.S.C. § 1441(a).

## ALLEGATIONS IN THE COMPLAINT

8. The claims which are the subject of the State Court Action arise out of an alleged Consulting Agreement "whereby Black Fuel agreed to provide consulting services to QCC" but "QCC has failed to pay Black Fuel" (Compl. ¶ 7, 8, Ex. A.) and an alleged Partnership Agreement under which Dyke "request[ed] copies of all federal and state tax returns filed for QCP since 2017," along with other documents, but "QCP and QCC did not respond to Plaintiffs' letter or otherwise

provide any of the requested information" (Compl. ¶ 13, 15, Ex. A.).

9. Plaintiff seeks attorneys' fees, costs, monetary damages based upon the alleged contract, pre-judgment interest, post-judgment interest, and injunctive relief. Compl., Wherefore Section ¶ 2-8, Ex. A.

10. Defendants dispute Plaintiffs' allegations, believe the Complaint lacks merit, deny that Plaintiffs have been harmed in any way, and deny that Plaintiffs are entitled to any relief.

## BASIS FOR REMOVAL

### I. Diversity of Citizenship

11. This Court has subject matter jurisdiction because Plaintiff Dyke is a Tennessee citizen, Plaintiff Black Fuel is a Tennessee corporation, and Defendants are Texas business entities with principal places of business in Texas.

12. For purposes of diversity jurisdiction, a corporation is "a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business." 28 U.S.C. § 1332(c)(1).

13. Defendant Quinwood Coal Partners LP is a limited partnership formed under Texas law (Compl. ¶ 3) with its principal place of business located in Texas.

14. Defendant Quinwood Coal Company LLC is a limited liability company formed under Texas law (Compl. ¶ 4) with its principal place of business located in Texas.

15. For purposes of determining diversity jurisdiction, the citizenship of the named plaintiff is determinative. *See Snyder v. Harris*, 394 U.S. 332, 340 (1969).

16. Plaintiff Dyke is a citizen of Tennessee. Compl. ¶ 1.

17. Plaintiff Black Fuel is a Tennessee limited liability company with its principal place

of business in Tennessee. Compl. ¶ 2.

## II.     The Amount in Controversy Exceeds $75,000

18.     "[A] defendant's notice of removal need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold." *Dart Cherokee Basin Operating Co., LLC v. Owens*, 135 S. Ct. 547, 554 (2014). "[W]hen a defendant seeks federal-court adjudication, the defendant's amount-in-controversy allegation should be accepted when not contested by the plaintiff or questioned by the court." *Id.* at 553.

19.     "To satisfy the amount-in-controversy requirement at least one plaintiff's claim must independently meet the amount-in-controversy specification." *Everett v. Verizon Wireless, Inc.*, 460 F. 3d 818, 822 (6th Cir. 2006).

20.     Plaintiff Black Fuel alleges breach of contract "in an amount to be proven at trial but not less than $576000, plus additional damages that may accrue in the future." Compl. ¶ 26.

21.     Plaintiff seeks damages in an amount in excess of $75,000, exclusive of interests and costs.

## CONCLUSION

WHEREFORE, Defendants hereby remove this action from the Blount County Circuit Court to the United States District Court for the Eastern District of Tennessee.

DATED this the 19th day of October 2023.

Respectfully Submitted,

*/s/ Heather M. Gwinn*
Heather M. Gwinn, TN Bar No. 25931
Samantha Gerken, TN Bar No. 33582
GORDON REES SCULLY MANSUKHANI
4031 Aspen Grove Drive, Suite 290

4

Franklin, TN 37067
Ph: (615) 772-9010
hgwinn@grsm.com
sgerken@grsm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served via electronic mail this 19th day of October, 2023, on the following:

**Counsel for Plaintiff**
James H. Price
Michael R. Franz
249 North Peters Road, Suite 101
Knoxville, TN 37923
jprice@lpwpc.com
mfranz@lpwpc.com

 */s/ Nicole Canter*
Nicole Canter, Assistant to Samantha Gerken